Rob Bonta, State Bar No. 202668
Attorney General of California
Preeti Bajwa, State Bar No. 232484
Supervising Deputy Attorney General
Alice M. Segal, State Bar No. 288108
Deputy Attorney General
Paul Kozina, State Bar No. 260339
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9317
 Fax: (619) 645-2061
 E-mail: Paul.Kozina@doj.ca.gov
*Attorneys for Defendants
J. Haynes, M. Felix, M. Villanueva, and B. Cowings*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MICHELLE-LAEL NORSWORTHY,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICER FELIX, et al.,**<br><br>Defendants. | 1:23-cv-01151-ADA-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE AND CONTINUING SCHEDULING CONFERENCE**<br><br>**(Doc. 5)**<br><br>Judge: The Hon. Sheila K. Oberto<br>Trial Date: Not Set<br>Action Filed: August 2, 2023 |

Plaintiff Michelle-Lael Norsworthy and Defendants J. Haynes, M. Felix, M. Villanueva, and B. Cowings, by and through their respective counsel, submit this stipulation to continue the deadline to respond to Plaintiff's Complaint for Violation of 42 U.S.C. § 1983 (ECF No. 1) by sixty (60) days until November 14, 2023.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiff filed her Complaint (ECF No. 1) on August 2, 2023.

2. The initial deadline to file a responsive pleading was September 15, 2023.

1

3. The parties have met and conferred and have agreed to extend the responsive pleading deadline by sixty (60) days up to and including November 14, 2023.

**SO STIPULATED:**

Dated:  September 15, 2023

ROB BONTA
Attorney General of California
PREETI BAJWA
Supervising Deputy Attorney General


*/s/ Alice M. Segal*
ALICE M. SEGAL
Deputy Attorney General
*Attorney for Defendants*
*J. Haynes, M. Felix, M. Villanueva, and B. Cowings*

Dated:  September 15, 2023

*/s/ Phillip J. Wiese*
PHILLIP J. WIESE
MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Plaintiff*
*Michelle-Lael Norsworthy*

## **ORDER**

Based on the foregoing stipulation of the parties (Doc. 5), and for good cause shown, it is hereby ORDERED that the responsive pleading deadline is EXTENDED by sixty (60) days, up to and including November 14, 2023.

The Scheduling Conference, currently set for November 2, 2023, is hereby CONTINUED to December 21, 2023, at 9:45 AM before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report by no later than seven (7) days before the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **September 18, 2023**              */s/ Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28