# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER FELIX, et al.,<br><br>　　　　Defendants. | **Case No. 1:23-cv-01151-ADA-SKO**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 440 (OTHER CIVIL RIGHTS) TO 550 (CIVIL RIGHTS)** |

Plaintiff Michelle-Lael B. Norsworthy filed a civil action on August 2, 2023. (Doc. 1.) Upon review of the complaint, the action appears to be more appropriately designated as a section 1983 prisoner petition, rather than a section 1983 civil action.

Accordingly, the Court HEREBY ORDERS the Clerk of Court to re-designate this action from 440 (other civil rights) to 550 (prisoner petition for civil rights).

IT IS SO ORDERED.

Dated:　**November 14, 2023**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE