# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER FELIX, et al.,<br><br>Defendants. | Case No. 1:23-cv-01151-ADA-SKO<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION FOR AMENDMENT TO BRIEFING SCHEDULE**<br><br>Action Filed: August 2, 2023 |

Before the Court is the Parties joint request for an amendment to the briefing schedule for Defendants' Motion to Dismiss Plaintiff's Complaint. For good cause shown, the Court approves the deadlines proposed by the Parties.

Accordingly, it is ORDERED:

1. The deadline for Plaintiff to file her opposition to the Motion is November 28, 2023; and
2. The deadline for Defendants to file their reply in support of the Motion is December 19, 2023.

The Scheduling Conference remains set for December 21, 2023, at 9:45 AM before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report by no later than seven (7) days before the Scheduling Conference.

IT IS SO ORDERED.

Dated: **November 15, 2023**          /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco