ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
PAUL KOZINA, State Bar No. 260339
Deputy Attorney General
JOHN W. FAULCONER, State Bar No. 298015
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4481
 Fax:  (415) 703-5480
 E-mail:  John.Faulconer@doj.ca.gov
*Attorneys for Defendants*
B. Cowings, J. Haynes, M. Felix and M. Villanueva

MORGAN, LEWIS & BOCKIUS LLP
PHILLIP J. WIESE (Bar. No. 291842)
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: 415.442.1000
Facsimile:  415.442.1001
phillip.wiese@morganlewis.com
amar.naik@morganlewis.com

CROWELL & MORING LLP
CHRISTOPHER J. BANKS (Bar No. 218770)
Three Embarcadero Center
San Francisco, California 94111-1126
Telephone:     415.986.2800
cbanks@crowell.com
 *Attorneys for Plaintiff*
 MICHELLE-LAEL B. NORSWORTHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MICHELLE-LAEL NORSWORTHY,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICER FELIX, et al.,**<br><br>Defendants. | 1:23-CV-01151-KES-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE**<br><br>Judge:        The Honorable Kirk E. Sherriff<br><br>Action Filed:  August 2, 2023 |

Plaintiff Michelle-Lael Norsworthy and Defendants J. Haynes, M. Felix, M. Villanueva, and B. Cowings, by and through their respective counsel, submit this stipulation to continue the deadline to respond to Plaintiff's Complaint for Violation of 42 U.S.C. § 1983 (ECF No. 1) by thirty-one (31) days until November 11, 2024.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED as follows:

1.  Plaintiff filed her Complaint (ECF No. 1) on August 2, 2023.

2. Pursuant to the First Screening Order (ECF No. 23), Defendants' deadline to file a responsive pleading is October 11, 2024.

3. Defense Counsel contacted Plaintiff's Counsel requesting an additional thirty-one days to file a responsive pleading due to scheduling issues. The parties met and conferred and agreed to extend the responsive pleading deadline by thirty-one days up to and including November 11, 2024.

4. This is the first request for an extension of time to file a responsive pleading following the First Screening Order (ECF No. 24), however, the parties stipulated to a previous extension of time to file a responsive pleading which was granted on September 18, 2023 (ECF No. 6).

**SO STIPULATED**

Dated:  October 4, 2024                          Respectfully submitted,

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General

/s/ John Faulconer
JOHN W. FAULCONER
Deputy Attorney General
*Attorneys for Defendants*

Dated:  October 4, 2024

/s/ Phillip J. Wiese
PHILLIP J. WIESE
MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Plaintiff*
*Michelle-Lael Norsworthy*

## **ATTESTATION**

I, John Faulconer, am the ECF user whose user ID and password authorized the filing of this document.  I attest that all signatories to this document have concurred in this filing.

Dated October 4, 2024                          */s/ John Faulconer*
                                                                  John Faulconer

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, the responsive pleading deadline is extended to and including November 11, 2024.

IT IS SO ORDERED.

Dated: __**October 7, 2024**__              _____/s/ *Sheila K. Oberto*_____
                                        UNITED STATES MAGISTRATE JUDGE