UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER FELIX, et al.,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-01151-KES-SKO<br><br>**ORDER DIRECTING PARTIES TO SHOW CAUSE IN WRITING WHY THIS COURT SHOULD NOT IMPOSE SANCTIONS FOR FAILURE TO OBEY A COURT ORDER**<br><br>**14-DAY DEADLINE** |

Plaintiff Michelle-Lael B. Norsworthy is presented by counsel in this civil rights action. Following screening, this action proceeds against Defendants Cowing, Felix, Haynes, and Villanueva, for violations of Plaintiff's constitutional rights.

**I.　　INTRODUCTION**

Defendants filed an answer to the complaint on November 12, 2024. (Doc. 27.)  On November 14, 2024, this Court issued its Order Referring Case To Post-Screening ADR And Staying Case For 120 Days. (Doc. 28.) The parties were directed to "file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time" within 45 days of the date of the Order. (*Id*. at 2.) The notice form was provided for the parties' use. (*Id*. at 4.) More than 45 days have elapsed and neither party has filed the required notice.

## II. DISCUSSION

This Court's Local Rules, corresponding with Rule 11 of the Federal Rules of Civil Procedure, provide that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions authorized by statute or within the inherent power of the Court." *See* Local Rule 110.

Here, the parties have failed to comply with this Court's November 14, 2024, order. Neither Plaintiff nor Defendants filed the notice attached to the Order within 45 days.

## III. CONCLUSION AND ORDER

For the foregoing reasons, each party **SHALL** show cause, **within 14 days**, why sanctions should not be imposed for failure to comply with the Court's order. Alternatively, within that same period, each party may file the notice attached to the November 14, 2024, order.

IT IS SO ORDERED.

Dated:   **January 2, 2025**                    /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE

2