UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER FELIX, et al.,<br><br>　　　　Defendants. | Case No.: 1:23-cv-01151-KES-SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 30) |

　　　Plaintiff Michelle-Lael B. Norsworthy is presented by counsel in this civil rights action. Following screening, this action proceeds against Defendants Cowing, Felix, Haynes, and Villanueva, for violations of Plaintiff's constitutional rights.

**I.　BACKGROUND**

　　　On November 14, 2024, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 120 Days. (Doc. 28.) The parties were directed to "file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time" within 45 days of the date of the Order. (*Id*. at 2.) The notice form was provided for the parties' use. (*Id*. at 4.)

　　　On January 2, 2025, when more than 45 days passed without either party filing the required notice, the Court issued its Order Directing Parties to Show Cause (OSC) in Writing Why this Court Should Not Impose Sanctions for Failure to Obey a Court Order. (Doc. 30.) The

parties were directed to respond in writing, or in the alternative, to file the required notice, within 14 days. (*Id.* at 2.)

On January 7, 2025, Plaintiff and Defendants filed the required notices. (*See* Docs. 31 & 32.)

## II.     DISCUSSION

The Court will discharge the OSC because the parties have timely responded. Because the parties' notices indicate a willingness to participate in an early settlement conference, defense counsel is reminded of his obligation to contact the undersigned's courtroom deputy to schedule a settlement conference. (*See* Doc. 28 at 2.) Defense counsel will be directed to do so within 10 days.

## III.    CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. The OSC issued January 2, 2025 (Doc. 30) is **DISCHARGED**; and
2. Defense counsel **SHALL** contact the undersigned's Courtroom Deputy Clerk at wkusamura@caed.uscourts.gov, **within 10 days** of the date of this order, to schedule the settlement conference.

IT IS SO ORDERED.

Dated:   **January 8, 2025**                            /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE