UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br>Plaintiff,<br>v.<br>OFFICER FELIX, et al.,<br>Defendants. | Case No.: 1:23-cv-01151-KES-EGC<br>ORDER DENYING AS MOOT DEFENDANTS' REQUEST TO SEAL VIDEO<br>Doc. 44 |

On May 21, 2025, Defendants submitted a notice of request to seal surveillance video of the August 4, 2021 incident at issue in this action, which they lodged with the Court on a USB drive in support of their motion for judgment on the pleadings. (Docs. 44, 45-3 at 17, 47.) The request is unopposed. (*See* Doc. 54 at 2.)

In the findings and recommendations issued concurrently with this order, the undersigned declines to consider the video in resolving Defendants' motion for judgment on the pleadings. Because the video will not be relied upon in connection with the motion, Defendants' request to seal is moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to seal (Doc. 44) is DENIED AS MOOT, without prejudice to renewal should Defendants later seek to file the video in connection with a future motion; and,

2. Pursuant to Local Rule 141(e)(1), the Clerk of the Court is DIRECTED to return the USB drive lodged with the Court (*see* Doc. 47) to counsel for Defendants.

IT IS SO ORDERED.

Dated: **November 9, 2026**

UNITED STATES MAGISTRATE JUDGE